## File Hashes for IP Address 68.45.216.142

**ISP:** Comcast Cable
**Physical Location:** Jersey City, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/15/2014 11:31:06 | E94F753F299D4968019055C9C7A8DBB9C837C5DF | Summertime Lunch |
| 07/12/2014 02:57:30 | AD595D864F4D440B94B01EE3D4C0ED9E6F16517A | Sweet Awakening |
| 07/04/2014 04:36:20 | 4CCE50D41FD8D2CB5B976DC08F4B772AF7C2F697 | Tie Her Up For Me |
| 07/04/2014 04:22:31 | BB284832DA311406D9C957B9C9E49DA6023B783F | Give Me More Part 2 |
| 07/04/2014 03:36:20 | 3306FF999D206ACD958228092CE371BB4FAACDF2 | Sexy In The City |
| 06/28/2014 10:21:13 | 0013D4296AEE4BF5D40F684D56198A365D2F6CE4 | Lovers Way |
| 06/25/2014 02:59:40 | 57AFEDEB4B1A4EDF991BA86936835610A708F80F | Coming Late |
| 06/25/2014 02:56:51 | 3EFA1185D154CD0E94911E672C6A71D2EE46AF6F | Morning Glory |
| 06/25/2014 02:54:20 | FF5D96473B2158BB2A6D3AEA6C16E7DD61D46311 | Dancing Romance |
| 05/31/2014 04:41:56 | 1BED6A751D4E44BFFB2798BB16C9C602A913B1F2 | Just Watch Part 2 |
| 05/31/2014 04:39:19 | 3B7985E4C0E48336ACE537ABD205D411E04EB86D | Epic Love |
| 05/24/2014 03:00:08 | DDC802637026C75E45432E7A031AFC944B3E3DBD | Meet My Lover From Austria |
| 05/24/2014 02:39:01 | F30DFC38D86832C2252633A6967287C5ED4F1F53 | A Thought of You Part 2 |
| 05/24/2014 02:27:13 | FFCEAE1216B4FBC6BD7C334303E5DA02D916075D | Two By Two |
| 05/24/2014 02:18:35 | AE64E35AE7E75AE973222BA3BFE1C4F7388FD915 | Perfect Timing |
| 05/10/2014 09:48:30 | 2081A5CE02BB6EC3241391474945C81FCB881CEB | Brazilian Love Affair |
| 05/03/2014 11:59:05 | AE3A98486827A6C3124377987C59B8059FDDE1B8 | Surprise Surprise |
| 04/26/2014 07:24:02 | 90808CE3282B56F54F47AC8BFB80705B0E00337E | Double Tease |
| 04/18/2014 04:51:29 | 5AC7AB03E19C297896FED886A419BC11D80B843D | Rendezvous |
| 04/09/2014 03:31:19 | 5D0515A4F6E95F68AD70CDE7072A9E225D32AB04 | Russian Connection |
| 04/09/2014 03:23:03 | 96AFADB3785BE4D7DBEF1DAD022D1B543503D61B | Floating Emotions |
| 03/15/2014 02:50:16 | 7F36C3FAC2AB2921048BFBD68A1905C72BF9337F | Sweet Dreamers |

EXHIBIT A

CNJ125

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/08/2014 04:32:50 | 09E71C368BC5AF8527C7E891B5EE6E5016A56511 | Feeling Frisky |
| 03/08/2014 03:58:12 | 720EB06904464711AC54FA4DC6F73DD08288E2B6 | Just the Three of Us |
| 03/08/2014 03:20:20 | 334A55A9AF9FD2681472B1889BC27F27621204AF | Trophy Wife |
| 03/08/2014 03:19:15 | 360103097682162BED6E1AF48A07B84BD0E5B7C6 | I Am In the Mood |
| 03/08/2014 03:15:40 | 9C48B8F6E710C3AE2893BC8F44EC3B92BA1C0CA4 | Sex and Submission |
| 03/08/2014 03:06:49 | 0B47864D8C9CD5861544A12216C64799EC84A665 | Making Music |
| 02/05/2014 06:05:08 | 4A73AE9DD9898E64D250D7781E8D92ACDD79E523 | Risky Business |
| 02/05/2014 05:35:27 | A98CDD2245AA340AD9806E7331122F7910815939 | A Hot Number |
| 01/30/2014 05:03:10 | 85824F61826256A4B313709DE2F1F5990AEDDCB2 | So Young |
| 01/23/2014 04:43:42 | 944C1999925ED57BFC6AB1809BE462AB0FB4D273 | Lost In My Own Moment |
| 01/16/2014 04:36:31 | C1CD39E7B1126E6B78509E0CD1026E1D5388C44C | Getting Ready For You |
| 01/16/2014 04:16:46 | 164CD7A1EB3666CA95D899114DC70E030C89E2D7 | Playing Dress Up |
| 01/05/2014 06:01:16 | BEF45D8BA1BA1ABAFFB34DEDDB4A7D571CF94D5A | No Turning Back Part #2 |
| 01/05/2014 05:49:18 | D842D89D2B6CDBC30C1AD9F18F75B573BAC560D7 | Zeppelin on Fire |
| 12/26/2013 03:35:25 | 9B499B104B7038B67FDE2EA459783D3DAB5DE200 | Apertif Our Style |
| 12/26/2013 03:34:48 | 5769FE580D4CEC10B89182F0030646A9BA3C1CAA | No Turning Back Part #1 |
| 12/21/2013 05:48:45 | 4D48C50B8394CD2C150BAA1E1666D242CE487F52 | Tease and Please |
| 12/21/2013 04:19:08 | 3643D69C7473876CAD796A831EC6685B05D89F89 | Fantasy Come True |
| 12/21/2013 04:14:27 | 7C4E5D9BBB97E131CE461B8D65195B6DF5ED8EB4 | Love at First Sight |
| 12/21/2013 04:10:58 | 6F3D907E298D79EF1F1F6C0C530C376E361BB9E4 | Model Couple on Vacation |
| 11/21/2013 09:06:43 | 8D5155A6D4BEE1554558A0DB73143386DB822FB0 | LA Plans |
| 11/09/2013 15:00:46 | BA9D1342A832D2B3EF523B585F4E908EA7902F3B | Make Me Feel Beautiful |
| 11/09/2013 14:37:31 | 64ADCF0150EAD63FC61B661ADEDEDF06E5752A1C | Bohemian Rhapsody |
| 11/09/2013 14:36:56 | CDAF53D4F2FBA7FD657BE3D10E414F2868CC276F | The Journey |
| 11/09/2013 14:32:54 | EA99AC7173DF533451FF49AFCE1632E534DFDDE4 | In Love with a Girl |

EXHIBIT A

CNJ125

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/13/2013 13:16:53 | C388586784C4B7F79DCAB0ABC9C6DD694289E305 | Malibu Moments |
| 10/13/2013 12:49:00 | 82296A2E712E2BFDE3A7FF70EC402ADAEA6F211C | A Perfect Match |
| 10/13/2013 12:44:08 | D147E7C5DC14E22DD4642EB700B6262B531923FF | Come Inside From the Cold |
| 10/13/2013 11:22:19 | 16A3AEE194BE268FF9C3F57F3D98DFCAE9C24DCE | Introducing Kenzie |
| 10/13/2013 10:17:05 | 17F7B3776E2FA3911C2B601D54F532B85D582D5D | Come from Behind |
| 10/13/2013 09:17:34 | 158AC310AD7664C9FD8457F239B57E9DE8792D35 | Alone Is A Dream Left Behind |
| 10/12/2013 13:15:02 | 6F7CAB1981D70DB2BC366149CA19BCCF17F62D5F | They Meet Again |
| 10/12/2013 13:05:51 | 62ED4092DF29DC764616EAC46077CDFE8FC76D4A | Erotic Stretching and Sex |
| 10/12/2013 12:22:50 | ABE1D33821966E452E1114118AA3F2D1E681F9CE | I Love James Deen |
| 10/12/2013 05:40:06 | 7ACDF624BBA027AE93D2CEBDCC9D43ED13DAABDB | Wake Me Up Like This |

**Total Statutory Claims Against Defendant: 57**

EXHIBIT A

CNJ125